# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D20-405

———————————————

KENNY ELEAZER,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

September 28, 2021

PER CURIAM.

   AFFIRMED.

ROWE, C.J., and LEWIS and WINOKUR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and David A. Henson, Assistant Public Defender, Tallahassee, for Appellant; Kenny Eleazer, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.